STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS
625 North First Street
San Jose, CA. 95112
(408) 292-0441

Attorneys For Petitioner,
HAROLD HAWKS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HAWKS, | Case No. C07-0366 JSW |
| Petitioner, | |
| v. | ***ORDER RE: APPEARANCE OF COUNSEL*** [PROPOSED] |
| ANTHONY P. KANE, Warden, | |
| Respondent. | |
| BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor, | |
| Real Parties In Interest. | |

IT IS HEREBY ORDERED that Steve M. Defilippis of the law offices of Picone & Defilippis, 625 N. First Street, San Jose, California 95112 (408)292-0441 shall be designated as the attorney of record on behalf of Petitioner Harold Hawks for all purposes in this proceeding

Dated: July 2, 2007

_____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT JUDGE

1