IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD HARVEY HAWKS,

    Petitioner

    v.

A.P. KANE,

    Respondent.

No. C 07-00366 JSW

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

A recent en banc decision from the Ninth Circuit addressed important issues relating to federal review of parole decisions in California. *See Hayward v. Marshall*, No. 06-55392, 2010 WL 1664977 (9th Cir. Apr. 22, 2010) (en banc). The Court HEREBY ORDERS the parties to submit supplemental briefs (not to exceed 12 pages in length) explaining their reviews on how the *Hayward* en banc decision applies to this parole denial habeas case. The Court HEREBY ORDERS the following briefing schedule:

1. By no later than June 14, 2010, Respondent shall file a supplemental brief on the impact of *Hayward* on this action.

2. By no later than June 28, 2010, Petitioner shall file a supplemental brief on the impact of *Hayward* on this action.

**IT IS SO ORDERED.**

Dated: May 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE