IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HARVEY HAWKS, | No. C 07-00366 JSW |
| | No. C 07-05039 JSW |
| Petitioner | No. C 08-04605 JSW |
| v. | **ORDER STRIKING PETITIONER'S SUPPLEMENTAL BRIEF** |
| BEN CURRY, Acting Warden, | |
| Respondent. | |

On May 11, 2010, the Court issued an Order requiring the parties to submit supplemental briefing on their views as to the impact of the Ninth Circuit's decision in *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2001) on these matters. In that Order, the Court expressly stated that the parties' supplemental briefs were not to exceed 12 pages in length. On June 25, 2010, Petitioner filed a twenty-five page brief in each of these three cases, without seeking leave of Court to exceed the page limitations set in the May 11, 2010 Order. Accordingly, the Court HEREBY STRIKES from the record Petitioner's supplemental briefs filed on June 25, 2010. The Court shall give Petitioner leave to re-file a supplemental brief in these cases that comports with the page limitations set by the Court by no later than July 23, 2010. If Petitioner seeks leave to exceed these page limitations, he must submit a request to the Court demonstrating the need for additional pages by no later than July 2, 2010.

**IT IS SO ORDERED.**

Dated: June 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE